Dismissed and Memorandum Opinion filed August 19, 2004









Dismissed and Memorandum Opinion filed August 19,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00427-CV

____________

 

IDA GUERRA,
Individually and a/n/f Lee Guerra and 

JUANA BERRERA, Individually and
a/n/f Francisco Uresti, Appellants

 

V.

 

TEXAS
DEVELOPMENT INVESTORS, LLC, REALTY CENTER MANAGEMENT, INC., HOUSTON HUNTERS
PATROL, and 

EDUARDO TORRES, Appellees

 



 

On Appeal from the
55th District Court

Harris County, Texas

Trial Court Cause
No. 02-42017

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a summary judgment signed February 24,
2004.  On August 11, 2004, appellants
filed a motion to dismiss the appeal.  See
Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed August 19, 2004.

Panel consists of Chief Justice
Hedges and Justices Fowler and Seymore.